PD-1673-14

PD-1673-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/30/2014 9:56:28 AM
Accepted 12/30/2014 11:01:15 AM
ABEL ACOSTA
CLERK

No. _____

IN THE COURT OF CRIMINAL APPEALS
OF TEXAS

---

## JOSE MANUEL BARRIOS V. THE STATE OF TEXAS

---

FROM THE SEVENTH COURT OF APPEALS
CAUSE NO. 07-13-00426-CR

ON APPEAL FROM CAUSE NO. 2,798
IN THE 287TH DISTRICT COURT
BAILEY COUNTY, TEXAS
HON. GORDON H. GREEN, JUDGE PRESIDING

## APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

FILED IN
COURT OF CRIMINAL APPEALS

December 30, 2014

ABEL ACOSTA, CLERK

**JULIE GOEN PANGER**
Counsel for Appellant
The Kiechler Law Firm
619 Broadway Street
Lubbock, Texas 79401
Telephone (806) 712-2889
Facsimile (808) 712-2529
State Bar Number 24069793
Email: julie@thelubbocklawyer.com

December 30, 2014

To the Honorable Court of Criminal Appeals of Texas:

COMES NOW, JOSE MANUEL BARRIOS, Appellant herein, and files this Motion for Extension of Time to File Petition for Discretionary Review pursuant to TEX. R. APP. P. 10.1, 10.5, and 68.2, and in support thereof would show the Court as follows:

## I.

The opinion of the Seventh Court of Appeals in Cause No. 07-13-00426-CR, affirming the conviction, was rendered on December 2, 2014.

## II.

The number and style of the case in the District Court is Cause No. 2,798, State of Texas v. Jose Manuel Barrios.

## III.

Appellant was convicted of driving while intoxicated (DWI) after entering a plea of guilty to the offense pursuant to a plea agreement following a denial of his motion to suppress. Appellant was sentenced to twelve (12) years' imprisonment.

## IV.

The present deadline for filing the petition for discretionary review is December 31, 2014.

## V.

No extensions of time to file the petition for discretionary review have been previously requested.

## VI.

Counsel for Appellant relies on the following reasons, in addition to the routine matters that counsel must attend to in daily practice, to explain the need for the requested extension:

A. Counsel has been involved in an ongoing parental termination trial, which ended at approximately 6:30 p.m. last night, December 29, 2014, in Cause No. 2012-502,824, in Lubbock County, Texas;

B. Counsel has been preparing a Motion for Rehearing in the Seventh Court of Appeals in Cause No. 07-14-00290-CV, which is an accelerated appeal based upon parental termination, which is due January 7, 2015;

## VII.

Counsel for Appellant seeks this extension of time to be able to prepare a cogent and succinct petition to aid this Court in its analysis of the issues presented. This request is not sought for delay but so that justice may be done.

## VIII.

WHEREFORE, PREMISES CONSIDERED, Appellant requests that this Court grant an extension of time to file the petition for discretionary review until January 30, 2015.

Respectfully submitted,


The Kiechler Law Firm PLLC
619 Broadway
Lubbock, Texas 79401
806.712.2889p
806.712.2529f
julie@thelubbocklawyer.com


  /s/ Julie Goen Panger       
Julie Goen Panger
SBN: 24069793

### CERTIFICATE OF SERVICE

I certify that on December 30, 2014, I provided a copy of this Motion to the following counsel by electronic service:

KATHRYN GURLEY
Bailey County District Attorney
701 Main Street
Friona, Texas 79035
Counsel for Appellee, State of Texas
Email: kathryn@khg-law.com


  /s/ Julie Goen Panger       
Julie Goen Panger